UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MARY LISA RUSSELL,**

      **Plaintiff,**

**v.**                                          Case No: 5:17-cv-129-Oc-41PRL

**ECI ELECTRIC INC., WILLIAM LAWSON and PAUL LAWSON,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion for Settlement Approval and Dismissal with Prejudice (Doc. 32). United States Magistrate Judge Philip R. Lammens submitted a Report and Recommendation (Doc. 33), recommending that the Court grant the motion.

After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation, with the addition of the following caveat: to the extent that the Settlement Agreement purports to allow the parties to subsequently modify the Agreement, (*see* Doc. 32-1 ¶ XI), that language will be stricken. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982), any future modifications to the Settlement Agreement are unenforceable absent judicial approval.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 33) is **ADOPTED** and **CONFIRMED** as set forth herein.

2. To the extent the modification provision (Doc. 32-1 ¶ XI) purports to allow the Settlement Agreement to be modified without Court approval, it is **STRICKEN**.

3. The parties' Joint Motion for Settlement Approval and Dismissal with Prejudice (Doc. 32) is **GRANTED**; the Settlement Agreement, as amended by this Court, is **APPROVED**; and this case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 4, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record